The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HECTOR HERNANDEZ-MORENO,<br><br>Defendant,<br><br>and<br><br>NELLIE VALTIERRA a/k/a NELLIE HERNANDEZ,<br><br>Third Party Claimant/Petitioner. | No. CR14-0197RAJ<br><br>ORDER GRANTING JOINT MOTION TO CONDUCT DISCOVERY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2 AND SETTING ANCILLARY HEARING |

THIS MATTER having come before the Court on the Motion of the United States and Petitioner Nellie Valtierra a/k/a Nellie Hernandez requesting this Court for authorization to conduct discovery, and to set an ancillary hearing date, and the Court having considered the representations of counsel and the files and records herein, it is hereby

ORDERED that, pursuant to Rule 32.2, Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(m), the United States and the petitioner may conduct discovery, pursuant to the Federal Rules of Civil Procedure. Discovery will be completed by November 18, 2016.

Order to Conduct Discovery and Setting Ancillary Hearing - 1
*U.S. v. Hector Hernandez-Moreno*, CR14-0197RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED that an ancillary hearing is set for **JANUARY 17,**
2  **2017 at 9:00 a.m.**, to litigate the petition of Nellie Valtierra a/k/a Nellie Hernandez.
3  DATED this 11th day of July, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order to Conduct Discovery and Setting Ancillary Hearing - 2
*U.S. v. Hector Hernandez-Moreno*, CR14-0197RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970