The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR HERNANDEZ-MORENO,<br><br>Defendant. | No. CR14-197-RAJ<br><br><br>**FINAL ORDER OF FORFEITURE FOR $82,814.00 IN U.S. CURRENCY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

> $82,814.00 United States Currency, more or less, seized from Hector Hernandez-Moreno at 18370 Cascade Street, Mount Vernon, Washington, on July 9, 2014.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement he entered on January 8, 2016, Defendant Hector Hernandez-Moreno forfeited his interest in the above-listed currency pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1) (Dkt. No. 329, ¶ 13);

Final Order of Forfeiture for $82,814.00 in U.S. Currency - 1
*U.S. v. Hernandez-Moreno,* CR14-197-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- At the Defendant's sentencing on April 15, 2016, the Court entered a Preliminary Order of Forfeiture finding the currency forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1) and forfeiting his interest in it (Dkt. No. 351);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 364) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Jensen in Support of the Motion); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed currency exists in any party other than the United States;

2. The currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Marshals Service, and/or its representatives, are authorized to dispose of the currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 2nd day of May, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture for $82,814.00 in U.S. Currency - 2
*U.S. v. Hernandez-Moreno,* CR14-197-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970