UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR HERNANDEZ-MORENO, <br><br> Defendant. | NO. 2:14-cr-00197-RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

The Defendant having moved for leave to file documents under seal in support of his motion for compassionate release pursuant to Section 404 of the First Step Act, and the Court having considered the motion and having concluded that good and sufficient reasons have been presented,

It is ORDERED that Defendant's Motion to Seal (Dkt. #444) is GRANTED. The documents filed under Dkt. # 445 shall remain filed under seal.

DATED this 6th day of June, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge