Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR HERNANDEZ-MORENO,<br><br>Defendant. | No. 2:14-cr-00197-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR IMMEDIATE DEPORTATION |

THIS MATTER comes before the Court on Defendant Hector Hernandez-Moreno's Pro Se Motion for Immediate Deportation.. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Immediate Deportation (Dkt. 456) is **DENIED**.

DATED this 22nd day of December, 2022.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER - 1